# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronnie A. Burris,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-381

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/5/2008 Order.

Signed: May 5, 2008

Frank G. Johns, Clerk
United States District Court